Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail: mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA SHAHEED, individually and as co-successor-in-interest to EBIMOTOMI AREICE SUALLA; HANEEF SHAHEED, individually and as co-successor-in-interest to EBIMOTOMI AREKE SUALLA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:21-cv-01109-JAM-DB<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS WITH LEAVE TO FILE A FIRST AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANT SAN JOAQUIN COUNTY TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed:  June 22, 2021<br>Trial Date:         TBD |

Plaintiffs Melba Shaheed and Haneef Shaheed (collectively, "Plaintiffs") and Defendant San Joaquin County (the "County") (altogether collectively, the "parties"), by and through their attorneys of record in the above-captioned matter, hereby stipulate and agree that:

WHEREAS, Plaintiffs filed their Complaint on June 22, 2021[1] (ECF No. 1);

WHEREAS, Plaintiffs served the County with the Summons and Complaint on June 24 (ECF No. 4);

WHEREAS, pursuant to Local Rule 144(a) of the United States District Court for the

---

[1] All dates refer to dates in 2021 unless otherwise indicated.

Eastern District of California, the parties stipulated to extend the County's deadline for responding to Plaintiffs' Complaint to August 9, 2021 (ECF No. 5);

WHEREAS, pursuant to Judge Mendez's "Order Re Filing Requirements" (ECF No. 3-2), on August 2 and August 4, counsel for the parties met and conferred to attempt to informally narrow or resolve the issues to be raised in the County's contemplated Rule 12 motion to dismiss Plaintiffs' Complaint;

WHEREAS, as a result of counsel for the parties' good-faith meet and confer efforts, Plaintiffs have agreed to file a First Amended Complaint by August 16 to address some or all of the issues which would have been raised in the County's contemplated Rule 12 motion to dismiss Plaintiffs' Complaint;

WHEREAS, the parties agree there is good cause for this Court to grant Plaintiffs with leave to file a First Amended Complaint, because no Defendants have answered and the filing of a First Amended Complaint may obviate the need for the County to file a Rule 12 motion to dismiss;

WHEREAS, only Plaintiffs and the County are affected by the parties' joint request that this Court grant Plaintiffs with leave to file a First amended Complaint by August 16, and by the parties' joint request for an order extending the County's responsive pleading deadline to August 30;

WHEREFORE, the parties jointly seek an order from this Court granting Plaintiffs with leave to file a First Amended Complaint by August 16;

WHEREFORE, the parties jointly seek an order from this Court extending the County's responsive pleading deadline to August 30;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through

their respective counsel, that Plaintiffs shall file their First Amended Complaint by August 16 and the County shall file its responsive pleading by August 30.

**IT IS SO STIPULATED.**

Dated: August 6, 2021                                        POINTER & BUELNA, LLP


By:   */s/ Patrick M. Buelna*
    Adante D. Pointer
    Patrick M. Buelna
    Attorneys for Plaintiffs
    MELBA SHAHEED and HANEEF
    SHAHEED

Dated: August 6, 2021                                        BURKE, WILLIAMS & SORENSEN, LLP


By:   */s/ Michael A. Slater*
    Gregory B. Thomas
    Michael A. Slater
    Attorneys for Defendant
    COUNTY OF SAN JOAQUIN

**SIGNATURE ATTESTATION**

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

By: */s/ Michael A. Slater*
    Michael A. Slater

///
///
///
///
///
///

**ORDER**

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4813-0150-7829 v1                                        - 3 -                                        STIPULATION RE LEAVE FOR FILE FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADING DEADLINE 2:21-CV-01109-JAM

The Court, having considered the parties' stipulation, and good cause appearing, GRANT Plaintiffs with leave to file a first amended complaint by August 16, 2021, and ORDER than the County shall file its responsive pleading by August 30, 2021.

**IT IS SO ORDERED.**

Dated:  August 9, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE