1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Michael A. Slater (SBN 318899)
   E-mail: mslater@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
4  Oakland, CA 94612-3501
   Tel: 510.273.8780   Fax: 510.839.9104
5
   Attorneys for Defendant
6  COUNTY OF SAN JOAQUIN

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  MELBA SHAHEED, individually and as        Case No.  2:21-cv-01109-JAM-DB
    co-successor-in-interest to EBIMOTOMI
12  AREICE SUALLA; HANEEF SHAHEED,            **STIPULATION AND ORDER GRANTING**
    individually and as co-successor-in-interest   **PLAINTIFFS WITH LEAVE TO FILE A**
13  to EBIMOTOMI AREKE SUALLA,                **SECOND AMENDED COMPLAINT AND**
                                               **EXTENDING TIME FOR DEFENDANT**
14                      Plaintiffs,            **SAN JOAQUIN COUNTY TO FILE**
                                               **RESPONSIVE PLEADING**
15  v.

16  COUNTY OF SAN JOAQUIN, and DOES           Complaint Filed:  June 22, 2021
    1-50, inclusive,                           Trial Date:        TBD
17
                        Defendants.
18

19

20          Plaintiffs Melba Shaheed and Haneef Shaheed (collectively, "Plaintiffs") and Defendant

21  San Joaquin County (the "County") (altogether collectively, the "parties"), by and through their

22  attorneys of record in the above-captioned matter, hereby stipulate and agree that:

23          WHEREAS, Plaintiffs filed their Complaint on June 22, 2021[1] (ECF No. 1);

24          WHEREAS, Plaintiffs served the County with the Summons and Complaint on June 24

25  (ECF No. 4);

26          WHEREAS, pursuant to Local Rule 144(a) of the United States District Court for the

27

28          _____
            [1] All dates refer to dates in 2021 unless otherwise indicated.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4813-0150-7829 v2

STIPULATION RE LEAVE TO FILE SECOND
AMENDED COMPLAINT AND RESPONSIVE
PLEADING DEADLINE 2:21-CV-01109-JAM

Eastern District of California, the parties stipulated to extend the County's deadline for responding to Plaintiffs' Complaint to August 9 (ECF No. 5);

WHEREAS, pursuant to Judge Mendez's "Order Re Filing Requirements" (ECF No. 3-2), on August 2 and August 4, counsel for the parties met and conferred to attempt to informally narrow or resolve the issues to be raised in the County's contemplated Rule 12 motion to dismiss Plaintiffs' Complaint;

WHEREAS, as a result of counsel for the parties' good-faith meet and confer efforts, the parties stipulated (1) to give Plaintiffs until August 16 to file a First Amended Complaint to address some or all of the issues which would have been raised in the County's contemplated Rule 12 motion to dismiss Plaintiffs' original Complaint, and (2) to extend the County's responsive pleading deadline to August 30 (ECF No. 6), which this Court granted on August 9 (ECF No. 7);

WHEREAS, on August 16, Plaintiffs filed their First Amended Complaint (ECF No. 8);

WHEREAS, pursuant to Judge Mendez's "Order Re Filing Requirements" (ECF No. 3-2), on August 23, 24 and 25, counsel for the parties met and conferred to attempt to informally narrow or resolve the issues to be raised in the County's contemplated Rule 12 motion to dismiss Plaintiffs' First Amended Complaint;

WHEREAS, as a result of counsel for the parties' good-faith meet and confer efforts, Plaintiffs have agreed to file a Second Amended Complaint by August 30 to address some or all of the issues which would have been raised in the County's contemplated Rule 12 motion to dismiss Plaintiffs' First Amended Complaint;

WHEREAS, the parties agree there is good cause for this Court to grant Plaintiffs with leave to file a Second Amended Complaint, because no Defendants have answered and the filing of a Second Amended Complaint may obviate the need for the County to file a Rule 12 motion to dismiss;

WHEREAS, only Plaintiffs and the County are affected by the parties' joint request that this Court grant Plaintiffs with leave to file a Second Amended Complaint by August 30, and by the parties' joint request for an order extending the County's responsive pleading deadline to September 13;

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4813-0150-7829 v2                - 2 -          STIPULATION RE LEAVE FOR FILE
SECOND AMENDED COMPLAINT AND
RESPONSIVE PLEADING DEADLINE 2:21-

WHEREFORE, the parties jointly seek an order from this Court granting Plaintiffs with leave to file a Second Amended Complaint by August 30;

WHEREFORE, the parties jointly seek an order from this Court extending the County's responsive pleading deadline to September 13;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs shall file their Second Amended Complaint by August 30 and the County shall file its responsive pleading by September 13.

**IT IS SO STIPULATED.**

Dated:  August 27, 2021                                POINTER & BUELNA, LLP


By:  _*/s/ Patrick M. Buelna*_
     Adante D. Pointer
     Patrick M. Buelna
     Attorneys for Plaintiffs
     MELBA SHAHEED and HANEEF
     SHAHEED

Dated:  August 27, 2021                                BURKE, WILLIAMS & SORENSEN, LLP


By:  _*/s/ Michael A. Slater*_
     Gregory B. Thomas
     Michael A. Slater
     Attorneys for Defendant
     COUNTY OF SAN JOAQUIN


## SIGNATURE ATTESTATION

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

By: _*/s/ Michael A. Slater*_
     Michael A. Slater

/ / /

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4813-0150-7829 v2                   - 3 -        STIPULATION RE LEAVE FOR FILE
SECOND AMENDED COMPLAINT AND
RESPONSIVE PLEADING DEADLINE 2:21-

1

2                                            **ORDER**

3          The Court, having considered the parties' stipulation, and good cause appearing, **GRANT**

4    Plaintiffs with leave to file a second amended complaint by **August 30, 2021**, and **ORDER** that

5    the County shall file its responsive pleading by **September 13, 2021**.

6          **IT IS SO ORDERED.**

7

8

9    Dated: August 27, 2021                    /s/ John A. Mendez
                                                _____
10                                              THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4813-0150-7829 v2                       - 4 -        STIPULATION RE LEAVE FOR FILE
                                                          SECOND AMENDED COMPLAINT AND
                                                          RESPONSIVE PLEADING DEADLINE 2:21-