Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Daniel Oren (SBN 322426)
E-mail: doren@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendant
COUNTY OF SAN JOAQUIN, KANWARDEEP GREWAL, RUBEN RODRIGUEZ, STEVEN KOWALCZYK, CHRISTOPHER STIEHR, MA THEA LIM, and GARRETT BERGREN (collectively "SAN JOAQUIN COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA SHAHEED, individually and as co-successor-in-interest to EBIMOTOMI AREICE SUALLA; HANEEF SHAHEED, individually and as cosuccessor-in-interest to EBIMOTOMI AREKE SUALLA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, a municipal entity; KANWARDEEP GREWAL, in his individual capacity; RUBEN RODRIGUEZ, in his individual capacity; STEVEN KOWALCZYK, in his individual capacity; CHRISTOPHER STIEHR, in his individual capacity; MA THEA LIM, in her individual capacity; GARRETT BERGREN, in his individual capacity; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01109-JAM-DB<br><br>**ORDER EXTENDING TIME FOR COUNTY OF SAN JOAQUIN DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Complaint Filed: June 22, 2021<br>Trial Date:   TBD |

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, ORDER that the San Joaquin County Defendants shall file their responsive pleading by October 14, 2022.

**IT IS SO ORDERED.**

DATED: September 29, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE