**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melba Shaheed, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>County of San Joaquin, et al. )<br>)<br>Defendants. )<br>)<br>) | Case: 2:21-cv-01109 JAM DB<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on October 13, 2021, the Court issues its Pretrial Scheduling Order in this matter. **(ECF No. 20).**

WHEREAS, on August 31, 2022, the Court granted Plaintiffs' Motion for Leave to File Their Third Amended Complaint in this matter. **(ECF NO. 29).**

WHEREAS, on September 6, 2022, Plaintiffs filed their Third Amended Complaint in which six individual defendants were brought into the case. **(ECF No. 30).**

WHEREAS, the Parties are in the midst of discovery process and have already begun taking depositions, but due to the amount of individual defendants and the complexity of the case, the Parties believe that an extension of the case schedule is necessary in order to complete a comprehensive discovery process.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's initial scheduling order (**ECF NO. 20**) be amended accordingly:

| | | |
|---|---|---|
| Discovery Cutoff: | ~~2/15/2023~~ | **6/15/2023** |
| Expert Designations: | ~~12/15/2022~~ | **3/15/2023** |
| Expert Rebuttal: | ~~12/30/2022~~ | **4/15/2023** |
| Last Day to File Dispositive Motions: | ~~3/31/2023~~ | **7/13/2023** |
| Dispositive Motion Hearing: | ~~5/23/2023~~ | **9/12/2023 @ 1:30 PM** |
| Final Pretrial Conference: | ~~6/30/2023~~ | **10/27/2023 @ 11:00 AM** |
| Jury Trial: | ~~8/14/2023~~ | **1/29/2024 @ 9:00 AM** |

IT IS SO AGREED.

Dated: 12/1/2022      /s/ Ty Clarke
                     Ty Clarke
                     Attorney for Plaintiffs

Dated: 12/1/2022      /s/ Gregory Thomas
                     Gregory Thomas
                     Attorney for Defendants

**IT IS SO ORDERED.**

Dated:  December 1, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE