**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melba Shaheed, et al.<br><br>  Plaintiff,<br><br>v.<br><br>  Defendants. | Case: 2:21-cv-01109-JAM-DB<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on October 13, 2021, the Court issued its Pretrial Scheduling Order in this matter. **(ECF No. 20).**

WHEREAS, on December 2, 2022, the Court issued an order amending the case schedule at the Parties' request. **(ECF No. 37).**

WHEREAS, Plaintiffs' Counsel learned on March 14, 2023, that the daughter of their retained expert, Dr. Bennett Omalu, has recently fallen ill, requiring her father's care. Dr. Omalu informed Plaintiffs' Counsel that he would need until Friday, March 17, 2023, to complete his report because of this family emergency.

WHEREAS, the Parties have agreed to a two-day extension to the expert designation and expert rebuttal deadlines in order to accommodate these unforeseen circumstances.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's amended scheduling order (**ECF No. 37**) be amended accordingly:

| | | |
|---|---|---|
| Expert Designations: | ~~3/15/2023~~ | **3/17/2023** |
| Expert Rebuttal: | ~~4/15/2023~~ | **4/17/2023** |

IT IS SO AGREED.

Dated: 3/14/2023         /s/ Ty Clarke
                         Ty Clarke
                         Attorney for Plaintiffs

Dated: 3/14/2023         /s/ Gregory Thomas
                         Gregory Thomas
                         Attorney for Defendants

**IT IS SO ORDERED.**

Dated: March 16, 2023    /s/ John A. Mendez
                         THE HONORABLE JOHN A. MENDEZ
                         SENIOR UNITED STATES DISTRICT JUDGE